MARIA GIEHL, Respondent, *v.* EDWARD EVANS et al.,
Appellants.

*Giehl* v. *Evans*, 82 Hun, 613, affirmed.
(Argued February 1, 1898; decided March 1, 1898.)

APPEAL from an order of the late General Term of the Supreme Court in the fourth judicial department, entered December 15, 1894, reversing a judgment in favor of defendants, entered upon a nonsuit, and granting a new trial.

*D. Francis Searle* for appellants.

*William Kennedy* for respondent.

Order affirmed and judgment absolute ordered for the plaintiff on the stipulation, with costs; no opinion.
All concur, except MARTIN, J., not sitting.